JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GINGER ROOT OFFICE ASSOCIATES, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P.J. HARVEY, an individual; P.J. HARVEY AND VICKY HARVEY AS TRUSTEES OF THE HARVEY FAMILY TRUST U/A/D 12/21/1984, and Does 1-10,<br><br>　　　　Defendants. | Case No. CV 08-08160 MMM (Ex) (consolidated with Case No. CV07-05568 MMM (Ex))<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS**<br><br>Complaint Filed: 12/10/2008<br><br>[Assigned for All Purposes to Judge Margaret M. Morrow, Ctrm. 780] |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1  THIS MATTER having come before the Court on the Stipulation of
2  Dismissal with Prejudice as to Defendants executed by and between Plaintiff
3  Ginger Root Office Associates LLC ("Plaintiff") and Defendants P.J. Harvey,
4  P.J. Harvey and Vicky Harvey as Trustees of the Harvey Family Trust and
5  PJH Brands ("Defendants") and the Court having reviewed the Stipulation of
6  Dismissal, it is hereby Ordered:

Pending receipt of settlement funds, Plaintiff's Complaint is hereby dismissed with prejudice as to Defendants, each party to bear its own cost. Additionally, any and all cross-claims, counter-claims and claims levied by and through the consolidated matter are hereby dismissed with prejudice, each party to bear its own costs.

DATED:  September 20, 2011

_____
MARGARET M. MORROW

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650